James A. Flack, Respondent, *v.* Roday S. Brassel et al., Appellants.

(Submitted June 7, 1897; decided June 15, 1897.)

Motion to substitute Ellen Brassel, executrix of Roday S. Brassel, deceased, as appellant herein.

*Abram Kling* for motion.

No one opposed.

Granted, under section 1299 of the Code of Civil Procedure.

---

Rudolph Pohle, Respondent, *v.* Second Avenue Railroad Company, Appellant.

Reported below, 13 App. Div. 393.
(Argued June 7, 1897; decided June 15, 1897.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1897, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

The motion was made upon the ground that there were material and controverted questions of fact upon the trial, and the decision thereof by the Appellate Division is final, and that no questions of law are raised by the appellant's exceptions which can be reviewed by this court; and upon the further ground that the notice of appeal herein is fatally defective, appellant not having stipulated therein, pursuant to section 190 of the Code of Civil Procedure, that, upon affirmance, judgment absolute shall be rendered against it.

*Charles Steckler* for motion.

*Payson Merrill* opposed.

Motion denied, with ten dollars costs, on opinion of Martin, J., in *Hutchinson* v. *Root* (*ante,* p. 329).